**FILED**
CLERK, U.S. DISTRICT COURT

July 9, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11 | KEVIN DO, LUE LEE, TATA INSIXIENGMAY-TRAN, AND POLLY LUANGAPHAY,

12

Case No. 2:14-cv-7608-SVW-AJW

13 | on behalf of themselves and all similarly situated,

14

[PROPOSED] JUDGMENT OF
**DISMISSAL OF CASE**

15

Plaintiffs,

16

v.

17 | FIRST FINANCIAL SECURITY, INC., PHILLIP GERLICHER, AND LAURA MANZER,

18

19

Defendants.

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT OF DISMISSAL OF CASE

**JUDGMENT OF DISMISSAL OF CASE**

Plaintiffs filed the initial Complaint in this matter on September 30, 2014. The initial Complaint alleged causes of action for breach of contract, unjust enrichment, defamation and violation of California Business and Professions Code Section 16600 and 17200.  All causes of action were alleged against defendant First Financial Security, Inc. ("FFS"), and the defamation cause of action was alleged against defendants FFS, Phillip Gerlicher and Laura Manzer.

Defendants filed a motion to dismiss and motion to stay pending arbitration (Dkt Nos. 14, 15, 11/14/14.)  The grounds raised in the motion to dismiss were lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.  The Court granted the motion to dismiss, with leave to amend, on the grounds that the Court lacked subject matter jurisdiction, and denied the motion for arbitration as moot. (Dkt. No. 24, 12/15/14.)

On January 20, 2015, Plaintiffs filed a First Amended Complaint.  (Dkt. No. 26.)  The First Amended Complaint contained three causes of action: breach of contract, violation of California Business and Professions Code §§ 16600 and 17200, and "tortious interference with prospective business advantage."  FFS was named in all three causes of action.  The tortious interference claim was alleged only as to Gerlicher and Manzer.  The First Amended Complaint omitted the unjust enrichment claim and the defamation claim against FFS, Gerlicher and Manzer.

On February 5, 2015, Defendants once again moved to (1) dismiss for lack of subject matter jurisdiction and failure to state a claim, and (2) compel arbitration and stay.  (Dkt. Nos. 31, 32.)  The Court once again dismissed for lack of subject-matter jurisdiction with leave to amend, and denied the motion to compel arbitration as moot.  (Dkt. No. 39, 03/19/15.)

On April 8, 2015, Plaintiffs filed a Second Amended Complaint.  (Dkt. No. 40.)  The Second Amended Complaint named only FFS and not Gerlicher or Manzer.  The Second Amended Complaint contained claims for breach of contract

-1-
[PROPOSED] JUDGMENT OF DISMISSAL

1    and violation of California Business and Professions Code §§ 16600 and 17200.

2    The "tortious interference" claim was omitted from the Second Amended

3    Complaint.

4         On April 22, 2015, FFS moved to dismiss the Second Amended Complaint

5    on the grounds that the Court lacks subject-matter jurisdiction, and move to compel

6    arbitration and stay the action.  (Dkt. Nos 43, 44.)

7         On July 1, 2015, the Court issued an Order dismissing the Second Amended

8    Complaint with prejudice.  (Dkt. No. 58.)

9         Accordingly, JUDGMENT is hereby entered against Plaintiffs and in favor

10   of defendant First Financial Security, Inc., defendant Phillip Gerlicher and

11   defendant Laura Manzer.

12        Defendants, or any of them, may apply for costs or fees if appropriate,

13   pursuant to the procedures of Federal Rule of Civil Procedure 54 and Local Rule

14   54.

15

16   Dated:  July __9, 2015

17

18   _____

19   Hon. Stephen V. Wilson
     Judge, U.S. District Court

20

21

22

23

24

25

26

27

28

-2-
[PROPOSED] JUDGMENT OF DISMISSAL