UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN DO, LUE LEE, TATA INSIXIENGMAY-TRAN, AND POLLY LUANGAPHAY,<br><br>on behalf of themselves and all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FINANCIAL SECURITY, INC.,<br><br>Defendant.<br><br>FIRST FINANCIAL SECURITY, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>KEVIN DO, LUE LEE and TATA INSIXIENGMAY-TRAN,<br><br>Counterclaim-Defendants | Case No. 2:14-cv-7608-SVW-AJW<br><br>[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER |

Upon consideration of the Parties' Stipulated Protective Order dated August 3, 2017 ("Protective Order"), and finding good cause thereon, IT IS HEREBY ORDERED that the terms of the Protective Order shall govern the handling and disclosure of documents, things, and information produced in this action.

IT IS SO ORDERED.

DATED: August 9, 2017

_____
Mag. Judge Andrew J. Wistrich